```
1  RUSSELL D. GREER
   CHAPTER 13 TRUSTEE
2  P.O. BOX 3051
   MODESTO, CALIFORNIA 95353-3051
3  TELEPHONE (209) 576-1954
```

FILED
04 MAR -8 AM 10:54
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
MODESTO, CA.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

In re: ) Case No.: 99-93090-A-13
)
LAWRENCE MCCLOUD )
) CHAPTER 13 PROCEEDING
)
)
Debtor(s). )

## NOTICE OF UNCLAIMED DIVIDEND(S) BY CREDITOR(S)

Trustee has on hand an unpaid dividend in the sum of $2,185.36 that the following creditor is entitled to with respect to the allowed claim filed by said creditor. Said creditor has failed to claim said dividend. Trustee has paid said sum into the court as unclaimed funds. The name(s) and addresses of the person(s) or entity(ies) entitled to said funds and the amount(s) to which he/she/they/it is/are entitled to be paid are set forth below:

| TRUSTEE CLAIM # | CREDITOR | AMOUNT |
|---|---|---|
| 0003 | COUNTRYWIDE HOME LOANS<br>PO BOX 10219<br>VAN NUYS, CA 91410-0219 | $2,185.36 |

Dated: 2/23/04

RUSSELL D. GREER,
CHAPTER 13 STANDING TRUSTEE

2-4-003577

-1-